**FILED**

12/13/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0491

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 21-0491

_____

LILY M. SMITH and VERNON T.
LINDEMULDER

           Petitioners and Appellees

    v.

SAMUEL B. LINDEMULDER,
individually and as Trustee of the
Alice M. Lindemulder Trust,

Respondent and Appellant,

and

DANIEL G. LINDEMULDER,
Respondent and Appellee, individually
and as Trustee of the Alice M.
Lindemulder Trust,

ORDER EXTENDING DEADLINE

_____

BEFORE the Court is Appellant Samuel B. Lindemulder's Unopposed

Motion for Extension of Time to File Opening Brief. For good cause shown

thereby, it is hereby ORDERED:

Appellant Samuel B. Lindemulder shall have until January 12, 2022 to file

and opening brief in this matter.

DATED this __ day of December, 2021.


_____
Hon. Chief Justice Mike McGrath


Mr.David J. Dietrich
Mr. Bruce O. Bekkedahl
Mr. Daniel L. Snedigar
Ms. Ariel Overstreet-Adkins
Mr. Mark Parker
Mr. Jim Lippert

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 13 2021